## LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:24-cr-00331-AB-5 | Title | USA v. Shuyi Xing |
|---|---|---|---|
| Judge | Margo A. Rocconi | | |
| Dates of Trial or Hearing | June 3, 2024 | | |
| Court Reporters or Tape No. | c/s 6/3/2024 | | |
| Deputy Clerks | Valerie Velasco | | |

**FILED**
CLERK, U.S. DISTRICT COURT
6/3/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: VV DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Andrew Roach | David J. Kaloyanides |

| Plaintiff Ex. No. | Id. | Ev. | Defendant Ex. No. | Id. | Ev. | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| | | | | | | Agent Audrey Morehead | Plaintiff |
| 1 | | | | | | Exhibit 3 | Plaintiff |
| 2 | | | | | | Exhibit 5 | Plaintiff |
| 3 | | | | | | Exhibit 6 | Plaintiff |

G-65 (03/07)     LIST OF EXHIBITS AND WITNESSES     Page 1 of 1